## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| BLITZSAFE TEXAS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| HONDA MOTOR CO., LTD.; AMERICAN | § | NO. 2:15-CV-01274 (LEAD CASE) |
| HONDA MOTOR CO., INC.; HONDA OF | § | |
| AMERICA MFG., INC.; HONDA | § | |
| MANUFACTURING OF ALABAMA, LLC; | § | |
| AND HONDA MANUFACTURING OF | § | |
| INDIANA, LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS

Defendants file this unopposed Motion requesting leave to exceed the page limitations for Defendants' responsive claim construction (Dkt. 101) by two pages, *i.e.,* from thirty to thirty-two pages. Good cause supports the extension. The primary reason for Defendants' request is because Plaintiff Blitzsafe Texas, LLC ("Blitzsafe") ignores the doctrine of collateral estoppel and is attempting to re-litigate five terms in this case that have previously been construed by another federal court. This requires Defendants to not only address the collateral estoppel issues, but also to re-argue the constructions for the same terms that have already been construed.

## I.    GOOD CAUSE EXISTS TO INCREASE THE PAGE LIMITATIONS.

### A.    Legal Standard.

Unless otherwise ordered by the Court, the page limitations governing dispositive motions pursuant to Local Rule CV-7(a) shall apply to claim construction briefing. P.R. 4-5(e). Accordingly, both opening and responsive claim construction briefing is limited to thirty pages.

1

Local Rule CV-7(a). This rule may be modified for good cause with the Court's consent. FED. R. CIV. P. 16(b). Indeed, "[t]he court is lenient in permitting litigants to file documents that exceed the page limits after a showing of good cause." *Clarke v. Dir., Tex. Dep't of Crim. Justice-Corr. Insts. Div.*, No. 4:08cv381, 2013 U.S. Dist. LEXIS 126607, at *2 (E.D. Tex. Sep. 4, 2013).

> **B.      Blitzsafe Is Seeking to Re-litigate Several Claim Terms That Have Been Litigated Extensively in a Prior Litigation.**

In March 2010, Marlowe Patent Holdings LLC filed a lawsuit against several companies in the District of New Jersey asserting infringement of the '786 patent, styled *Marlowe Patent Holdings LLC v. Dice Electronics LLC et al.*, No. 3:10-cv-01199-PGS-DEA (D.N.J.) (the "*Dice* Case"). District Judge Peter Sheridan presided over the case. Ira Marlowe is the owner of both Marlowe Patent Holdings and Blitzsafe, as well as being the sole named inventor of the '786 patent. While the *Dice* Case was pending, a second lawsuit was filed by Marlowe Patent Holdings against Ford Motor Company, styled *Marlowe Patent Holdings LLC v. Ford Motor Co.*, No. 3:11-cv-07044-PGS-DEA (D.N.J.) (filed Dec. 2, 2011) (the "*Ford* Case"). Judge Sheridan eventually consolidated the *Dice* Case and *Ford* Case for claim construction purposes.

Over the next two years, the parties extensively litigated the proper construction of the claim terms of the '786 patent. During this time, Marlowe Patent Holdings had the opportunity to submit three sets of briefs and participate in three separate hearings over the appropriate construction of the claims. Judge Sheridan ultimately issued a 41-page claim construction opinion and 3-page claim construction order on January 20, 2015. Dkts. 109, 110 in the *Ford* Case. In the opinion and order, Judge Sheridan construed fourteen disputed claim terms of the '786 patent. *Id*. Both the *Dice* Case and the *Ford* Case ended shortly thereafter, with the parties stipulating to a dismissal with prejudice. Dkt. 244 in the *Dice* Case, Dkt. 130 in the *Ford* Case.

Not long after the *Dice* and *Ford* Cases concluded, Marlowe Patent Holdings assigned the '786 patent to Blitzsafe on July 10, 2015. Ira Marlowe also assigned the '342 patent to Blitzsafe on the same day. Blitzsafe was formed as a Texas limited liability company just two days earlier, identifying Blitzsafe of America, Inc. as its sole manager and governing entity. Ira Marlowe is the owner of Blitzsafe of America, Inc. as well as the CEO of Blitzsafe Texas, LLC. The instant consolidated lawsuits followed.

Because Blitzsafe insists on re-litigating the meaning of claims terms already decided by Judge Sheridan, there are currently twelve groups of claim terms that are in dispute between the parties. However, Defendants believe that this Court should adopt all of Judge Sheridan's constructions from the *Dice* and *Ford* Cases, and reject Blitzsafe's attempts to re-litigate the construction of the following terms: "interface," "device presence signal," "pre-programmed," "external," and "portable." In addition to those five terms, the parties to the *Ford* Case agreed to the construction of "car stereo"—an agreed construction that Blitzsafe now seeks to change.

### C.      Defendants Are Consolidating Their Arguments in One Brief.

In addition to the foregoing, five groupings of defendants (*i.e.,* Honda, Volkswagen, Toyota, Hyundai/Kia, and Nissan) have had their cases consolidated for pretrial purposes. *See* Dkt. 25. Had Defendants all filed separate briefs in separate cases, the overall page limits would have been 150 pages.

Additionally, Defendants raise indefiniteness arguments in the Claim Construction Response. Defendants bear the burden of proof on these invalidity arguments. *See, e.g.,* 35 U.S.C. § 282(a). Typically, the party with the burden of proof would be allowed to file reply briefs. Under the Patent Rules, however, the Defendants are not afforded a reply brief for these

arguments. In this regard, Defendants have consolidated the arguments that would typically cover more pages in additional briefs in this one brief.

## II.   CONCLUSION.

For the reasons set forth above, Defendants respectfully request the Court to grant their motion to increase the page limit for Defendants' responsive claim construction brief from 30 pages to 32 pages.

Dated:  May 27, 2016                          Respectfully submitted,


                                             */s/ Joseph M. Beauchamp*
                                             Joseph M. Beauchamp
                                             Texas State Bar No. 24012266
                                             Email: jmbeauchamp@jonesday.com
                                             H. Albert Liou
                                             Texas State Bar No. 24061608
                                             Email: aliou@jonesday.com
                                             Erin C. Dickerman 24087358
                                             Texas State Bar No.
                                             Email: edickerman@jonesday.com
                                             **JONES DAY**
                                             717 Texas Street, Suite 3300
                                             Houston, Texas  77002-2712
                                             Telephone: (832) 239-3939
                                             Facsimile:  (832) 239-3600

                                             Joseph Melnik
                                             California State Bar No. 255601
                                             Email: jmelnik@jonesday.com
                                             **JONES DAY**
                                             1755 Embarcadero Road
                                             Palo Alto, California  94303
                                             Telephone: (650) 739-3939
                                             Facsimile:  (650) 739-3900

                                             Randy Akin
                                             Texas State Bar No. 00954900
                                             Email: gra@randyakin.com
                                             **G.R. (Randy) Akin, P.C.**
                                             3400 W. Marshall Avenue, Suite 300
                                             Longview, Texas 75604
                                             Telephone: (903) 297-8929
                                             Facsimile: (903) 297-9046

                                             **ATTORNEYS FOR DEFENDANTS
                                             AMERICAN HONDA MOTOR CO., INC.;
                                             HONDA OF AMERICA MFG., INC.;
                                             HONDA MANUFACTURING OF
                                             ALABAMA, LLC; AND HONDA
                                             MANUFACTURING OF INDIANA, LLC**

5

*/s/ Patrick S. Park*

Paul R. Steadman
Illinois Bar No. 6238160
paul.steadman@dlapiper.com
Matthew D. Satchwell
Illinois Bar No. 6290672
matthew.satchwell@dlapiper.com
**DLA PIPER LLP**
203 N. LaSalle St., Suite 1900
Chicago, IL 60601-1293
Telephone: 312.368.2111
Facsimile: 312.236.7516

Patrick S. Park
California Bar No. 246348
patrick.park@dlapiper.com
**DLA PIPER LLP**
20000 Avenue of the Stars, Suite 400
North Tower
Los Angeles, CA 90067
Telephone: 310.595.3000
Facsimile: 310.595.3300

**ATTORNEYS FOR DEFENDANTS
HYUNDAI MOTOR AMERICA,
HYUNDAI MOTOR MANUFACTURING
ALABAMA, LLC, KIA MOTORS
AMERICA, INC., and KIA MOTORS
MANUFACTURING GEORGIA, INC.**

*/s/ Sean N. Hsu*

Jeffrey S. Patterson
Texas Bar No. 15596700
jpatterson@hdbdlaw.com
Sean N. Hsu
Texas Bar No. 24056952
shsu@hdbdlaw.com
Theresa M. Dawson
Texas Bar No. 24065128
tdawson@hdbdlaw.com
**HARTLINE DACUS BARGER DREYER LLP**
8750 North Central Expressway
Suite 1600
Dallas, Texas 75231
Telephone: (214) 369-2100
Facsimile: (214) 369-2118

**ATTORNEYS FOR DEFENDANTS
NISSAN NORTH AMERICA, INC. and
NISSAN MOTOR CO., LTD.**

*/s/ William H. Mandir*

J. Thad Heartfield
Texas Bar No. 09346800
thad@heartfieldlawfirm.com
**THE HEARTFIELD LAW FIRM**
2195 Dowlen Road
Beaumont, TX 77706
Telephone: (409) 866-3318
Facsimile: (409) 866-5789

William H. Mandir (*pro hac vice)*
wmandir@sughrue.com
John F. Rabena (*pro hac vice*)
jrabena@sughrue.com
Brian K. Shelton (*pro hac vice*)
bshelton@sughrue.com
Fadi N. Kiblawi (*pro hac vice*)
fkiblawi@sughrue.com
Margaret M. Welsh (*pro hac vice*)
mwelsh@sughrue.com
**SUGHRUE MION PLLC**
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 293-7600

**ATTORNEYS FOR DEFENDANTS
TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR SALES U.S.A., INC.,
TOYOTA MOTOR MANUFACTURING,
TEXAS, INC., TOYOTA MOTOR
MANUFACTURING KENTUCKY, INC.,
and TOYOTA MOTOR
MANUFACTURING MISSISSIPPI, INC.**

*/s/ Sheila Mortazavi*

Deron R. Dacus
Texas State Bar No. 00790553
Peter A. Kerr
Texas State Bar No. 24076478
**THE DACUS FIRM, P.C.**
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 705-1117
Email: ddacus@dacusfirm.com
Email: pkerr@dacusfirm.com

Michael J. Lennon (admitted pro hac vice)
Sheila Mortazavi (admitted pro hac vice)
**KENYON & KENYON LLP**
One Broadway
New York, NY  10004-1007
Telephone: (212) 425-7200
Facsimile: (212) 425-5288
Email: mlennon@kenyon.com
Email: smortazavi@kenyon.com

Susan A. Smith (admitted pro hac vice)
**KENYON & KENYON LLP**
1500 K Street, N.W.
Washington D.C. 20005
Telephone: (202) 220-4200
Facsimile: (202) 220-4201
Email: ssmith@kenyon.com

**ATTORNEYS FOR DEFENDANTS
VOLKSWAGEN GROUP OF AMERICA,
INC. AND VOLKSWAGEN GROUP OF
AMERICA CHATTANOOGA
OPERATIONS, LLC**

9

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 27, 2016.

*/s/ Joseph M. Beauchamp*
Joseph M. Beauchamp

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that, in accordance with Local Rule CV-7(h), on May 25, 2016, the undersigned met and conferred with Peter Lambrianakos and Alessandra Messing, counsel for Blitzsafe, about whether Blitzsafe was opposed to this motion and the relief requested.  Blitzsafe's counsel stated that it does not oppose the two excess pages sought by Defendants.

*/s/ Joseph M. Beauchamp*
Joseph M. Beauchamp