**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **BLITZSAFE TEXAS, LLC** | § | |
| **Plaintiff,** | § § § | |
| v. | § § | No. 2:15-cv-01274-JRG-RSP |
| **HONDA MOTOR CO., LTD. et al.,** | § § § | |
| **Defendants.** | § § § | |

## HOTLINE ORDER

On September 12, 2016, this Court held a Hotline Hearing in this matter. During a deposition of Plaintiff Blitzsafe Texas, LLC's ("Plaintiff") witness, Ira Marlowe, the inventor and sole owner of Plaintiff corporation, Defendant Honda Motor Co., Ltd. ("Honda") questioned Mr. Marlowe regarding the identities of the financiers of the instant litigation. Plaintiff objected to the question as irrelevant and instructed the witness not to answer. Upon consideration of the parties' arguments, the Court **OVERRULED** Plaintiff's objection.

**So ORDERED and SIGNED this 13th day of September, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE