# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BLITZSAFE TEXAS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HONDA MOTOR CO., LTD. ET AL <br><br> Defendants. | Civil Action No. 2:15-cv-01274-JRG-RSP <br><br> (LEAD CASE) <br><br> **JURY TRIAL DEMANDED** |
| BLITZSAFE TEXAS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TOYOTA MOTOR CORPORATION ET AL <br><br> Defendants. | Civil Action No. 2:15-cv-01277-JRG-RSP <br><br> (CONSOLIDATED CASE) <br><br> **JURY TRIAL DEMANDED** |

## TOYOTA'S NOTICE REQUESTING ORAL ARGUMENT

The Toyota Defendants hereby request that the Court hear oral argument on Toyota's Motion to Disqualify Plaintiff's Counsel (Dkt. No. 143).

Dated: October 11, 2016

Respectfully submitted,

*/s/ J. Thad Heartfield*

William H. Mandir (*pro hac vice*)
John F. Rabena (*pro hac vice*)
Yoshinari Kishimoto (*pro hac vice*)
Brian K. Shelton (*pro hac vice*)
Fadi N. Kiblawi (*pro hac vice*)
Margaret M. Welsh (*pro hac vice*)
SUGHRUE MION PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 293-7600

J Thad Heartfield
State Bar No. 09346800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Phone: 409-866-3318
Fax: 409-866-5789
Email: thad@heartfieldlawfirm.com

*Attorneys for Toyota Defendants*

## CERTIFICATE OF SERVICE

I certify that on October 11, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.  Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

*/s/ J. Thad Heartfield*
J. Thad Heartfield