## N THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| BLITZSAFE TEXAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HONDA MOTOR CO., LTD. ET AL.,<br><br>    Defendants. | **Civil Action No. 2:15-cv-01274-JRG-RSP**<br>**(LEAD CASE)** |
| v.<br><br>TOYOTA MOTOR CORPORATION ET AL<br><br>    Defendants. | **Civil Action No. 2:15-cv-01277-JRG-RSP**<br>**(CONSOLIDATED CASE)** |

### ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES
### AND NOTICE OF SETTLEMENT

On this date the Court considered the Joint Motion to Stay All Deadlines and Notice of Settlement between Plaintiff Blitzsafe Texas, LLC and Defendants Toyota Motor Corporation, Toyota Motor Sales USA, Inc., Toyota Motor Manufacturing Texas, Inc., Toyota Motor Manufacturing Kentucky, Inc., and Toyota Motor Manufacturing Mississippi, Inc. Based on the motion, the grounds set forth therein, the pleadings and other filings in this case, and the agreement of the parties to the motion, the Court finds that good cause has been established and the Joint Motion to Stay should be granted.

It is therefore ORDERED that all proceedings and deadlines in this case between the parties be stayed for 30 days. If dismissal papers are not filed by Tuesday, February 28, 2017, then counsel for the parties should appear before the Court for a status conference on Wednesday, March 1, 2017 at 9:00 a.m.

**SIGNED this 30th day of January, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE